UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

PHILLIP ARCHIE,

     Plaintiff,

v.

SUNTEX MARINA INVESTORS, LLC, d/b/a
BAYFRONT YACHT WORKS and MARINA,

     Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, PHILLIP ARCHIE, by and through undersigned counsel, and hereby sues SUNTEX MARINA INVESTORS, LLC, d/b/a BAYFRONT YACHT WORKS and MARINA and in support thereof states as follows:

1. This is an action for damages.

2. This is an Admiralty and Maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is within the Admiralty subject matter jurisdiction of this Court based upon 28 U.S.C. §1333, and the U.S. Constitution, Article III, Section 2.

3. Plaintiff Phillip Archie has a residence in Sarasota County, Florida.

4. Plaintiff Phillip Archie is the owner of a 2008 62' Pershing motor yacht known as the Blue Water 2, FL4536RG.

5. Peter Easton is an agent/employee of Phillip Archie and often acts in his stead.

6. On information and belief, Suntex Marina Investors, LLC, operates and manages Bayfront Yacht Works and Marina (hereafter Bayfront Yacht Works).

7.    On information and belief, Bayfront Yacht Works is a full-service marine haul-out, repair, restoration, dry storage facility, and service center located off Little Sarasota Bay on Siesta Key.

8.    On or about June 6, 2017, Peter Easton brought Archie's Pershing motor yacht to Bayfront Yacht Works for various maintenance items which included hauling the vessel and painting the bottom. (Exhibit 1)

9.    After the painting was completed the vessel was relaunched in mid-June 2017, and taken by the Defendant for sea trials.

10.    During sea trials following the relaunch, both the starboard and port MAN diesel engines overheated and failed catastrophically. The overheating was caused by the failure of the Bayfront Yacht Works staff to reopen the raw water valves prior to relaunching the motor yacht. The raw water valves are designed to cool the engines with raw sea water as they ran.

11.    As a direct and proximate result of the failure of Bayfront Yacht Works staff to reopen the raw water valves, both the port and starboard engines required repairs that totaled in excess of $200,000.00.

## COUNT I – NEGLIGENCE

12.    During June 2017, Bayfront Yacht Works was hired to paint the bottom of the 2008 Pershing vessel, Blue Water 2. After painting was completed the marina staff relaunched the vessel without reopening the raw water valves.

13.    Bayfront Yacht Works staff had a duty to ensure the vessel was prepared properly for relaunch.

14. Bayfront Yacht Works staff breached their duty to ensure the vessel was prepared properly for relaunch when they failed to open the raw water valves designed to cool the MAN diesel engines with seawater.

15. During sea trials of the vessel, both the starboard and port MAN diesel engines suffered catastrophic failures as the direct result of overheating from lack of raw water to cool the engines.

16. The damages to the engines as the result of the breach of duty by Bayfront Yacht Works exceeds $200,000.00.

WHEREFORE, Plaintiff Phillip Archie demands judgment for damages against Defendants in excess of $200,000.00, along with all other damages allowed under general maritime law, costs of this action, and any other relief this Honorable Court deems just and proper.

## COUNT II - BREACH OF WARRANTY OF WORKMANLIKE PERFORMANCE

17. Plaintiff realleges the allegations set forth above in paragraphs one through 17 as if fully set forth herein.

18. General maritime law applies to the maintenance and repair of vessels.

19. Under general maritime law, boat yards such ast Bayfront Yacht Works impliedly warrant their services to vessels will be performed in a workmanlike manner.

20. Defendant breached its implied warranty of workmanlike performance when it:

a. Failed to open the raw water valves which provide seawater for cooling the MAN diesel engines prior to launching the vessel following painting the bottom: and

b. Caused the engines to overheat and fail catastrophically by failing to open the raw water valves which provided cooling seawater to the engines; and

c. Caused damages in excess of $200,000.00 by failing to open the raw water valves leading to a catastrophic failure of the vessel's MAN diesel engines.

**WHEREFORE**, Plaintiff Phillip Archie demands judgment for damages against Defendant in excess of $200,000.00, along with all other damages allowed under general maritime law, costs of this action, and any other relief this Honorable Court deems just and proper.

Respectfully submitted,

*s/ Joanne M. Foster*

Joanne M. Foster   FBN 134635
Guy Yudin & Foster, LLP
55 East Ocean Blvd.
Stuart FL 34994
772-286-7372 x207
772-220-3318 (fax)
jfoster@guyyudinlaw.com
Attorney for Phillip Archie, Plaintiff

## DOCUMENTS PROVIDED BY THIRD PARTY

Only relevant documents have been attached

**Bayfront Yacht Works & Marina**

8865 Midnight Pass Rd.
Siesta Key, FL 34242

Phone: (941) 349-9449  Fax: (941) 349-0346

# INVOICE

| Date | Invoice # |
|------|-----------|
| 6/14/2017 | 2253 |



PAID 11/01/2017

**Bill To**

Peter Easton
1396 Harbor Drive
Sarasota FL 34238

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 1 | Sublet Labor:  Rebuild and pressure test Gear Coolers | 975.00 | 975.00T |
| 2 | 24V Gear Pump for Lub Oil | 324.00 | 648.00T |
| 8 | Technician Labor -AD | 105.00 | 840.00T |
| 10 | Technician Labor -AL | 95.00 | 950.00T |
| | 1.   Remove gear oil coolers and send out for repair. | | |
| | 2.   Install rebuilt coolers and top off Trans oil. | | |
| | 3.   Install new oil change pumps. | | |
| | 4.   Complete full service on generator. | | |
| | 5.   Complete full service on both Engines and Trans. | | |
| 43 | Oil 5w40 | 24.99 | 1,074.57T |
| 1 | Kohler oil filter | 22.04 | 22.04T |
| 1 | Fuel Filter | 14.99 | 14.99T |
| 4 | Man Oil Filter | 24.99 | 99.96T |
| 1 | Filter Seal Kit | 44.99 | 44.99T |
| 4 | Man Fuel Filter | 44.99 | 179.96T |
| | Subtotal | | 4,849.51 |
| | | | 0.00 |
| 62 | Haul, Block, and Launch | 10.00 | 620.00T |
| 62 | Prep And Paint Bottom | 27.25 | 1,689.50T |
| 7 | Trinidad Pro Black | 329.99 | 2,309.93T |
| 15 | Silica Sand Bag | 8.00 | 120.00T |
| | Subtotal | | 4,739.43 |
| 3 | Propspeed 1 Ltr kit | 529.00 | 1,587.00T |
| | Sales Tax | 7.00% | 782.32 |

June 6th

By accepting this invoice, customer is solely responsible for all work performed, for any and all fees listed herein, and to pay immediately upon demand any and all fees regardless of the satisfactory completion of the work listed. Customer agrees that the Company (MJ Turtle SMI Opco, LLC.) holds a Mechanic's Lien, as specified by Florida Statutes, on the vessel until all fees are paid in full. Company has the right to retain the vessel on Company's premises until all fees are paid by any means available. Customer releases and waives any and all claims against the Company, its Management, Officers, Employees, and Agents for any loss (including theft), damages or destruction by fire, windstorm, water, or otherwise to the Customers' vessel, the vessel's equipment, or personal effects on the vessel, even if such loss, damage, or destruction is caused in whole or part by the negligence of the Company, Management, Officers, and/or Agents.

| | |
|---|---|
| **SubTotal** | $11,958.26 |
| **Payments/Credits** | -$11,958.26 |
| **Balance Due** | $0.00 |

Service & Repair: jmanns@suntexmarinas.com
Dry Storage: staffmj@suntexmarinas.com



PLAINTIFF'S EXHIBIT

PENGAD 800-631-6989